1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           2:20-MC-00311-WBS-CKD

12            Plaintiff,

13       v.                             STIPULATION AND ORDER EXTENDING
                                        TIME FOR FILING A COMPLAINT FOR
14  APPROXIMATLEY $106,590.00 IN U.S.   FORFEITURE AND/OR TO OBTAIN AN
    CURRENCY,                           INDICTMENT ALLEGING FORFEITURE
15
            Defendant.
16

17       It is hereby stipulated by and between the United States of America and claimant Adrian Ortega

18  ("claimant"), by and through their respective counsel, as follows:

19       1.       On September 29, 2020, the claimant filed a claim in the administrative forfeiture

20  proceedings with the Federal Bureau of Investigation with respect to the Approximately $106,590.00 in

21  U.S. Currency (hereafter "defendant currency"), which was seized on June 23, 2020.

22       2.       The Federal Bureau of Investigation has sent the written notice of intent to forfeit

23  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

24  person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person

25  other than the claimant has filed a claim to the defendant currency as required by law in the

26  administrative forfeiture proceeding.

27       3.       Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

28  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

                                         1

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was December 18, 2020.

4. By Stipulation and Order filed December 18, 2020, the parties stipulated to extend to March 18, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed March 19, 2021, the parties stipulated to extend to May 17, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed May 18, 2021, the parties stipulated to extend to August 16, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed August 17, 2021, the parties stipulated to extend to October 15, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed October 18, 2021, the parties stipulated to extend to December 14, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed December 20, 2021, the parties stipulated to extend to February 14, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

10.     By Stipulation and Order filed February 15, 2022, the parties stipulated to extend to March 16, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11.     By Stipulation and Order filed March 15, 2022, the parties stipulated to extend to May 16, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12.     By Stipulation and Order filed May 16, 2022, the parties stipulated to extend to July 15, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13.     By Stipulation and Order filed July 14, 2022, the parties stipulated to extend to September 13, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

14.     By Stipulation and Order filed September 19, 2022, the parties stipulated to extend to September 13, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

15.     By Stipulation and Order filed November 14, 2022, the parties stipulated to extend to January 9, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

16.     By Stipulation and Order filed January 10, 2023, the parties stipulated to extend to March 10, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

17.     By Stipulation and Order filed March 13, 2023, the parties stipulated to extend to May 9, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

18.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to July 7, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

19.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to July 7, 2023.

DATED:  5/5/23                                  PHILLIP A. TALBERT
                                                United States Attorney

                                       By:      /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney

DATED:  5/5/23                                  /s/ Robert L. Forkner
                                                ROBERT L. FORKNER
                                                Attorney for claimant Adrian Ortega

                                                (Authorized via email)


IT IS SO ORDERED.

Dated:  May 7, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE