PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-MC-00311-WBS-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATLEY $106,590.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Adrian Ortega ("claimant"), by and through their respective counsel, as follows:

1.      On September 29, 2020, the claimant filed a claim in the administrative forfeiture proceedings with the Federal Bureau of Investigation with respect to the Approximately $106,590.00 in U.S. Currency (hereafter "defendant currency"), which was seized on June 23, 2020.

2.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was December 18, 2020.

4.      By Stipulation and Order filed December 18, 2020, the parties stipulated to extend to March 18, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed March 19, 2021, the parties stipulated to extend to May 17, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      By Stipulation and Order filed May 18, 2021, the parties stipulated to extend to August 16, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.      By Stipulation and Order filed August 17, 2021, the parties stipulated to extend to October 15, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.      By Stipulation and Order filed October 18, 2021, the parties stipulated to extend to December 14, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9.      By Stipulation and Order filed December 20, 2021, the parties stipulated to extend to February 14, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10. By Stipulation and Order filed February 15, 2022, the parties stipulated to extend to March 16, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11. By Stipulation and Order filed March 16, 2022, the parties stipulated to extend to May 16, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12. By Stipulation and Order filed May 17, 2022, the parties stipulated to extend to July 15, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13. By Stipulation and Order filed July 14, 2022, the parties stipulated to extend to September 13, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

14. By Stipulation and Order filed September 19, 2022, the parties stipulated to extend to November 10, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

15. By Stipulation and Order filed November 14, 2022, the parties stipulated to extend to January 9, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

16. By Stipulation and Order filed January 10, 2023, the parties stipulated to extend to March 10, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

17.     By Stipulation and Order filed March 13, 2023, the parties stipulated to extend to May 9, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

18.     By Stipulation and Order filed May 8, 2023, the parties stipulated to extend to July 7, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

19.     By Stipulation and Order filed July 10, 2023, the parties stipulated to extend to August 4, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

20.     By Stipulation and Order filed August 4, 2023, the parties stipulated to extend to September 1, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

21.     By Stipulation and Order filed August 30, 2023, the parties stipulated to extend to October 31, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

22.     By Stipulation and Order filed October 31, 2023, the parties stipulated to extend to November 30, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

23.     By Stipulation and Order filed December 1, 2023, the parties stipulated to extend to January 29, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

24.     By Stipulation and Order filed January 30, 2024, the parties stipulated to extend to March 29, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

25.     By Stipulation and Order filed March 21, 2024, the parties stipulated to extend to April 29, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

26.     By Stipulation and Order filed April 30, 2024, the partied stipulated to extend to May 29, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

27.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to June 28, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///

Stipulation to Extend Time to File Complaint

28.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 28, 2024.

DATED:  5/28/2024                              PHILLIP A. TALBERT
                                              United States Attorney

                                      By:    /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
                                              Assistant U.S. Attorney

DATED:  5/28/2024                              /s/ Julissa Echevarria
                                              JULISSA ECHEVARRIA
                                              Attorney for claimant Adrian Ortega

                                              (Authorized via phone)

                        IT IS SO ORDERED.

Dated:  May 29, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation to Extend Time to File Complaint